UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, Chapter 7 Trustee for the Bankruptcy Estate of MARIFE BATO fka MARIFE AVIS,<br><br>        Plaintiff,<br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,<br><br>        Defendant. | Case No.: 2:16-cv-2151-GMN<br><br>**ORDER** |

Having been certified to the United States District Court by the United States Bankruptcy Court for the District of Nevada for the purpose of conducting the jury trial under Local Rule 9015, the Jury Trial in this matter shall be scheduled before this Court in the ordinary course of a civil case. All dispositive issues, including the setting of the trial date, will be heard and determined by this Court. All non-dispositive issues will be referred to, and heard and determined by, the Bankruptcy Court. Counsel are directed to continue filing all non-dispositive pleadings and related documents with the Bankruptcy Court in adversary proceeding (Adversary Proceeding No. 16-01012-mkn). All dispositive motions and trial-related documents shall be filed with this Court (Case No. 2:16-cv-2151-GMN).

Within 30 days following the determination of all dispositive pretrial motions, or if no dispositive pretrial motions are filed, then within 30 days following the expiration of the dispositive pretrial motions deadline, the parties shall file a Joint Pretrial Order with this Court pursuant to Local Rules 16-3 and 16-4. According to the Bankruptcy Court docket, the dispositive pretrial motions deadline is January 6, 2017. Discovery Plan at 5, *Weinsten v. Am.*

*Family Mut. Ins. Co.*, Adversary Proceeding No. 16-01012-mkn (Bankr. D. Nev. June 20, 2016), ECF No. 13.  Should the parties need to extend the dispositive pretrial motions deadline, the parties shall request the extension from the Bankruptcy Court, and inform this Court of any changes as determined by the Bankruptcy Court.

Also pending before the Court are Plaintiff Yvette Weinsten's Emergency Motion to Compel Discovery (ECF No. 8) and Unopposed Motion to Shorten Time regarding discovery (ECF No. 9).  These discovery issues are non-dispositive, and as such, these motions are referred to the Bankruptcy Court and stricken from this Court's docket.

Accordingly,

**IT IS HEREBY ORDERED** Defendant's Motion to Certify (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion to Compel Discovery (ECF No. 8) and Unopposed Motion to Shorten Time regarding discovery (ECF No. 9) are **STRICKEN**.  The Clerk of Court shall strike these motions from this Court's docket.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report every two months starting on December 1, 2016, informing this Court of any pertinent updates in the Bankruptcy Court case.

**IT IS FURTHER ORDERED** that the parties shall file a notice on this docket with any orders previously issued by the Bankruptcy Court by December 1, 2016.

**IT IS FURTHER ORDERED** that the parties shall file a notice on this Court's docket of any subsequent Bankruptcy Court orders within 3 business days after the order is filed on the Bankruptcy Court docket.

**DATED** this  14  day of November, 2016.

Gloria M. Navarro, Chief Judge
United States District Court